IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUDITH ANN HAGNER,

     Appellant,

 v.                                                                      Case No.  5D15-4508

SUSAN DIETRICH, RITA SETTLE,
LINDA BROWN, AND
ELIZABETH RAMON,

     Appellees.

_____/

Opinion filed May 17, 2016

Non-Final Appeal from the
Circuit Court for Seminole
County,
Melanie Chase, Judge.

Judith Ann Hagner, Orlando, pro se.

H. Terrell Griffin, of H. Terrell Griffin, P.A.,
Maitland, for Appellee.


PER CURIAM.



      AFFIRMED.  See Fla. R. App. P. 9.315(a).




SAWAYA, ORFINGER, and BERGER, J.J., concur.